

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00183-CV

William R. **SCHLECHT**,
Appellant

v.

Kimberly B. **SCHLECHT**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-05142
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant William R. Schlecht.

SIGNED April 2, 2014.

_____
Rebeca C. Martinez, Justice